**NOT FOR PUBLICATION**

FILED

MAR 09 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-15458 |
| Plaintiff - Appellee, | D.C. No. 2:09-cv-00461-FCD-KJM |
| v. | |
| FLAGSTAR BANK, | |
| Claimant - Appellant, | ORDER* |
| v. | |
| APPROXIAMATELY $133,803.53 IN U.S. CURRENCY SEIZED FROM WASHINGTON MUTUAL BANK, Account # 440842802, held in the name of Advantage Financial Group Holdings Management LLC; APPROXIMATELY $328,495.75 IN U.S. CURRENCY SEIZED FROM WASHINGTON MUTUAL BANK, Account # 4412174338, held in the name of Loomis Wealth Solutions LLC, | |
| Defendants. | |

Appeal from the United States District Court
for the Eastern District of California

---

\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

Frank C. Damrell, Senior District Judge, Presiding

Argued and Submitted April 11, 2011
Deferred April 12, 2011
Resubmitted March 2, 2012
San Francisco, California

Before: FERNANDEZ and RAWLINSON, Circuit Judges, and WELLS, Senior District Judge.[**]

The United States' unopposed Request for Remand, filed on February 23, 2012, is GRANTED. The judgment in this case is vacated and this matter is remanded to the district court for reconsideration in light of *Wilson v. United States*, 659 F.3d 947 (9th Cir. 2011).

**VACATED AND REMANDED.**

---

[**]  The Honorable Lesley Wells, Senior District Judge for the U.S. District Court for the Northern Ohio, sitting by designation.